GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorney for Defendant, DYWON JOHNSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-cr-00052-GMN-CWH-4 |
| Plaintiff, | |
| vs. | |
| DYWON JOHNSON. | |
| Defendant. | |

### DEFENDANT DYWON JOHNSON'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER

COMES NOW, the Defendant, Dywon Johnson ("Dywon"), by and through his attorney, Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, and hereby moves this Honorable Court to order that a Pre-Plea Pre-Sentence Investigation Report ("PSR") be prepared by the United States Probation Office so that a formal determination[1] of Dywon's criminal history score can be ascertained. As this Honorable Court is aware, depending on the determination of his criminal history score, Dywon's sentencing exposure could significantly increase.

A proposed plea agreement has been provided so in order to help facilitate a resolution of this matter and in the interest of judicial economy, it is respectfully requested that the United

---

[1] Counsel for Dywon has completed an informal determination of his criminal history score and has spoken to US Probation informally regarding the same.

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

1 of 4

1 | States Probation Office be directed to prepare a pre-plea PSR as soon as practicable. Assistant
2 | United States Attorney, Phillip Smith has no objection to Dywon's request.
3 | Dated this 20th day of September, 2016.

GENTILE CRISTALLI
MILLER ARMENI SAVARESE

_____
PAOLA M. ARMENI
Nevada Bar No. 8357
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
(702) 880-0000
Attorney for Defendant, DYWON JOHNSON

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DYWON JOHNSON.<br><br>　　　　　　　Defendant. | CASE NO. 2:16-cr-00052-GMN-CWH-4 |

### ORDER

IT IS HEREBY ORDERED that Defendant Dywon Johnson's Unopposed Motion for a Pre-Plea Presentence Investigation Report is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare and provide to the Court by no later than November 20, 2016, a Pre-Plea Presentence Investigation Report with the guideline calculation requested for Defendant Dywon Johnson's criminal history only.

Dated this __21__ day of September, 2016.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:16-cr-00052-GMN-CWH-4

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000


1  
## CERTIFICATE OF SERVICE

2  The undersigned hereby certifies that service of **DEFENDANT DYWON JOHNSON'S**
3  **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE**
4  **INVESTIGATION REPORT AND PROPOSED ORDER** was served on the 20th of
5  September, 2016, via the Court's CM/ECF electronic filing system addressed to all parties on the
6  e-service list.

7  
8  _/s/ Myna Hyde_
   An employee of
9  GENTILE CRISTALLI
10 MILLER ARMENI SAVARESE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000