NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ELIZABETH O. WHITE
Assistant United States Attorney
400 South Liberty #900
Reno, Nevada 89501
Elizabeth.O.White@usdoj.gov
775-784-5438
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:16-CR-52-GMN-CWH |
| Plaintiff, | **Stipulation to Extend Time for Government's Response to Defendant's Compassionate Release Motion** |
| vs. | |
| DYWON JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America; and Jacqueline Tirinnanzi, Esq., counsel for Dywon Johnson, that the government's response to Mr. Swanson's Second Motion for Compassionate Release (ECF No. 321) be extended by 11 days, to and including December 14, 2020.

This stipulation is entered into for the following reasons:

1.  Mr. Johnson filed his motion on Thanksgiving Day, November 26, 2020. ECF No. 321.

2. Pursuant to the District Court's General Order regarding such motions, the government's response is due seven days after the motion is filed, which is December 3, 2020.

3. Government counsel was out of the office over the Thanksgiving weekend, returning on Monday, November 30. She is now preparing for a Ninth Circuit oral argument scheduled for December 8, 2020, as well as preparing responses to several other compassionate release motions that were filed Thanksgiving week. In light of this work, the government believes it will need additional time, to and including December 14, 2020, to review Johnson's motion, related medical records, and other records, and prepare and file the government's response.

4. Johnson's counsel consents to this extension of time.

DATED this 30th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: *s/ Jacqueline Tirinnanzi*<br>Jacqueline Tirinnanzi, Esq.<br>*Counsel for Dywon Johnson* | By: *s/ Elizabeth O. White*<br>Elizabeth O. White<br>Assistant United States Attorney<br>*Counsel for the United States* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-52-GMN-CWH |
| Plaintiff, | |
| vs. | **(Proposed)** |
| DYWON JOHNSON, | **ORDER** |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Motion for Compassionate Release (ECF No. 321) be due on December 14, 2020.

DATED this  1   day of December, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT